# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 24-77-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| TRENT DEWAYNE WELCH, | |
| Defendant. | |

Upon the Motion to Dismiss Indictment (Doc. 30) and with good cause shown, IT IS HEREBY ORDERED that this case is DISMISSED without prejudice.

DATED this <u>14th</u> day of May, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts

1